1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Attorney for Defendant Juan Ramon Hernandez-Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>           Plaintiff,          )<br>                               )<br>     vs.                       )<br>                               )<br>                               )<br>JUAN RAMON HERNANDEZ-MARTINEZ, )<br>                               )<br>           Defendant.          )<br>                               )<br>_____) | No. CR 10-00217 DLJ<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE; **ORDER**<br><br>Date:  Feb. 1, 2011<br>Time:  10:00 a.m.<br>Court: Hon. D. Lowell Jensen |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney David Paxton and defendant Juan Ramon Hernandez-Martinez, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for February 1, 2011, be continued to March 1, 2011, at 10:00 a.m.

This continuance is necessary because defense counsel Vicki H. Young is currently in trial before Judge Ronald M. Whyte. After the conclusion of the trial, additional time is needed to prepare the sentencing memorandum.

USPO Aylin Raya has been advised of this continuance and has no objection.

///

///

It is so stipulated.

Dated:        January 27, 2011                    Respectfully submitted,

  /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Juan Ramon Hernandez-Martinez

Dated:        January 27, 2011                    MELINDA HAAG
UNITED STATES ATTORNEY

/s/   David Paxton
DAVID PAXTON
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing hearing for Juan Ramon Hernandez-Martinez which is currently set for February 1, 2011, is continued to March 1, 2011, at 10:00 a.m..

IT IS SO ORDERED.

DATED: January 28, 2011

_____
D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE