VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301
Telephone (415) 421-4347

Attorney for Defendant Juan Ramon Hernandez-Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUAN RAMON HERNANDEZ-MARTINEZ,<br><br>    Defendant. | No. CR 10-00217 DLJ<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE; ORDER<br><br>Date:  March 1, 2011<br>Time:  10:00 a.m.<br>Court: Hon. D. Lowell Jensen |

It is hereby stipulated between the United States of America, by and through Special Assistant United States Attorney Bradley Price and defendant Juan Ramon Hernandez-Martinez, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for March 1, 2011, be continued to March 15, 2011, at 10:00 a.m.

This continuance is necessary because defense counsel Vicki H. Young is still in trial before Judge Ronald M. Whyte, and has not had time to prepare objections to the draft presentence report. A continuance of the sentencing date is needed to allow sufficient time for defense counsel to file the objections before the final presentence report is released.

USPO Aylin Raya was not in the office today, so counsel was not able to determine whether she has an objection to this request. USPO Raya previously had no objection to the earlier request for a continuance of the sentencing date.

///

///

It is so stipulated.

Dated:        February 11, 2011            Respectfully submitted,

  /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Juan Ramon Hernandez-Martinez

Dated:        February 11, 2011            MELINDA HAAG
UNITED STATES ATTORNEY


/s/   Bradley Price
BRADLEY PRICE
Special Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing hearing for Juan Ramon Hernandez-Martinez which is currently set for March 1, 2011, is continued to March 15, 2011, at 10:00 a.m..

IT IS SO ORDERED.

DATED: February 14, 2011

D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE