1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Attorney for Defendant Juan Ramon Hernandez-Martinez

5

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,            )   No. CR 10-00217 DLJ
                                        )
11        Plaintiff,                    )
                                        )   STIPULATION TO CONTINUE
12    vs.                               )   SENTENCING DATE;
                                        )
13                                      )
   JUAN RAMON HERNANDEZ-MARTINEZ,       )   Date:  March 15, 2011
14                                      )   Time:  10:00 a.m.
          Defendant.                    )   Court: Hon. D. Lowell Jensen
15                                      )
                                        )
16 _____ )

17     It is hereby stipulated between the United States of America, by and through Assistant

18 United States Attorney Suzanne DeBarry and defendant Juan Ramon Hernandez-Martinez, through

19 his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for March 15,

20 2011, be continued to March 22, 2011, at 10:00 a.m.

21     This continuance is necessary because defense counsel Vicki H. Young has been out of the

22 office since Thursday on sick leave, and has not had time to prepare the sentencing memorandum.

23 A short continuance of the sentencing date is needed to allow counsel time to complete the

24 sentencing memorandum.

25     USPO Aylin Raya was not in the office today, so counsel was not able to determine whether

26 she has an objection to this request. I left a message on her cell phone regarding this request, and as

27 of the filing of this stipulation, had not heard back from USPO Raya. USPO Raya previously had

28 no objection to the earlier request for a continuance of the sentencing date.

///

It is so stipulated.

Dated:      March 8, 2011              Respectfully submitted,

  /s/ Vicki H. Young  
VICKI H. YOUNG, ESQ.  
Attorney for Juan Ramon Hernandez-Martinez

Dated:      March 8, 2011              MELINDA HAAG  
UNITED STATES ATTORNEY

/s/   Suzanne DeBerry  
SUZANNE DE BERRY  
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing hearing for Juan Ramon Hernandez-Martinez which is currently set for March 15, 2011, is continued to March 22, 2011, at 10:00 a.m..

IT IS SO ORDERED.

DATED: 3/10/2011

D. LOWELL JENSEN  
SENIOR UNITED STATES DISTRICT JUDGE